tion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

▉ ACEA MOSEY, as Administrator of the Estate of LAURA CUMMINGS, Deceased, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 1.) [53 NYS3d 582]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.

▉ DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Respondent, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Action No. 1.) DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Respondent, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Action No. 2.) DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT, et al., Respondents. (Action No. 3.) [53 NYS3d 582]—Motion for leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.

▉ EUGENE MARGERUM et al., Respondents, et al., Plaintiff, v CITY OF BUFFALO et al., Appellants, et al., Defendant. [53 NYS3d 583]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

▉ RONALD L. HAWE, Appellant, v TODD DELMAR, Individually and as an Employee of OSWEGO COUNTY et al., Respondents. [53 NYS3d 583]—Motion for leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., DeJoseph, Curran and Scudder, JJ.

▉ THOMAS P. JOUSMA et al., Respondents, v VENKATESWARA R. KOLLI et al., Appellants. [53 NYS3d 583]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Scudder, JJ.

▉ DARELYN CLAUSE, as Administratrix of the Estate of KYLE C. ATKINS, Deceased, Appellant, v ERIE COUNTY MEDICAL CENTER et al., Defendants, and WILLIAM J. FLYNN, JR., M.D., et al., Respondents. [53 NYS3d 584]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.